UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 12-20307-CIV-GRAHAM/GOODMAN

EDWIN RODRIGUEZ,

    Plaintiff,

v.

IGTO SPECIALITIES LLC
d/b/a CALAMARI RESTAURANT,

    Defendants.
_____/

## ORDER SCHEDULING SETTLEMENT CONFERENCE

This matter having been referred to me for a settlement conference by United States District Judge Donald L. Graham, it is hereby ordered that a settlement conference will take place in Chambers on the 4th Floor of the C. Clyde Atkins Building and United States Courthouse, 301 North Miami Avenue, Miami, Florida, on **Tuesday, July 3, 2012 from 2:00 p.m. to 5:00 p.m.** The conference will be conducted without a court reporter so that no record of the proceedings will be maintained.

    1.    <u>Attendance</u>: The settlement conference shall be attended by all counsel of record, a corporate representative for each corporate party, and all individual parties. Corporate representatives shall have full authorization to negotiate, submit, and accept offers of settlement. For the plaintiff, this means a person authorized to accept a with-prejudice dismissal, without the receipt of any damages. For the defendant, this means a representative with sufficient settlement authority to meet the plaintiff's damages demand in full.[1]

    2.    <u>Computation of Damages</u>: At least **four days before** the settlement conference, plaintiff must submit to defendant an itemized computation of the alleged

---

[1] In exceptional circumstances, an individual may request to be excused from personally attending if (1) counsel or another individual has full, written authorization to negotiate, submit, and accept *all* offers of settlement and (2) the individual moves for, *and receives*, a court order granting the request.

damages. Plaintiff shall provide the Court with a copy of this computation at the beginning of the settlement conference.

3. Binding Settlement Offers: The parties must submit binding, written settlement offers to each other at **approximately 5:00 p.m.** the day before the settlement conference. The parties shall advise the Court of the offers at the beginning of the settlement conference.

4. Confidential Statements: Each party shall prepare a **confidential settlement conference statement**, which shall consist of a short summary of the procedural posture of the case and a description of the specific claims still at issue, including each party's evidentiary support and defenses. The parties should also include any other details that they believe are important to achieving settlement in this case. The confidential settlement conference statement shall be more than a mere summary of the complaint or the affirmative defenses. It should advise the Court of the party's position on the strengths of that party's own case and the weaknesses of the opponent's position. This statement will be confidential and will be read only by the Undersigned and the law clerk working on the file. To that end, the parties are instructed to email their statements to the Undersigned's e-file inbox at goodman@flsd.uscourts.gov no later than **Thursday, June 28, 2012 at 12:00 p.m.**

**DONE AND ORDERED** in Chambers, at Miami, Florida, this _14th_ day of _June_, 2012.

Jonathan Goodman
United States Magistrate Judge

Copies furnished to:

Honorable Donald L. Graham

All counsel of record